IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.

ROBERT BIBBINS,

          Defendant.

23-CR-6130-EAW

---

**STATEMENT OF THE GOVERNMENT
WITH RESPECT TO SENTENCING FACTORS**

**PLEASE TAKE NOTICE**, that the government hereby adopts all findings of the Presentence Investigation Report (PSR) (Dckt. 28) with respect to sentencing factors in this action.

Should the defendant present any letters of support or sentencing statement to the Court, the United States will move to strike the items from the record if this office is not provided with copies at least three business days prior to sentencing.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100 at the time of sentencing. Immediately after sentencing, the defendant must pay the amount due by personal check, cashier's check or certified funds to the United States District Court Clerk.

It is requested that the Court order that all financial obligations be due immediately. In the event the defendant lacks the ability to immediately pay the financial obligations in full, it is requested that the Court set a schedule for payment of the obligations.

In the event present counsel for the defendant will continue to represent the defendant after sentencing regarding the collection of unpaid financial obligation(s), it is requested that a letter so advising be sent to:

Asset Recovery Division  
U.S. Attorney's Office WDNY  
138 Delaware Avenue  
Buffalo, New York 14202

If a letter is not received within ten (10) days of sentencing, the defendant will be directly contacted regarding collection of the financial obligation(s).

Upon the ground that the defendant has assisted authorities in the investigation or prosecution of the defendant's own misconduct by timely notifying authorities of the defendant's intention to enter a plea of guilty, thereby permitting the government to avoid preparing for trial and permitting the government and the Court to allocate their resources efficiently, the government hereby moves the Court to apply the additional one (1) level downward adjustment for acceptance of responsibility pursuant to U.S.S.G. § 3E1.1(b).

For the reasons set forth in the government's November 2, 2023 letter to the Court, the government moves the Court for a reduction of sentence and specifically requests that the Court impose a sentence of 78 to 97 months imprisonment.

DATED: Rochester, New York,
November 2, 2023

TRINI E. ROSS  
United States Attorney  
Western District of New York

BY: s/KYLE P. ROSSI  
Assistant U.S. Attorney  
U.S. Attorney's Office  
100 State Street, Suite 500  
Rochester, New York 14614  
(585) 263-6760

TO: Wedade Abdallah, Esq.  
Andrew Sgroi, U.S.P.O.